**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6117**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

TIMOTHY GADSON, a/k/a Sweet Pea,

        Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Orangeburg.  Cameron McGowan Currie, Senior District Judge.  (5:01-cr-00084-CMC-1)

Submitted:  June 22, 2023                                    Decided:  June 27, 2023

Before HARRIS and HEYTENS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Timothy Gadson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Gadson appeals the district court's order denying his motion for appointment of counsel.  We have reviewed the record and conclude that the court acted within its discretion in denying Gadson's motion.  *See Miller v. Simmons*, 814 F.2d 962, 966 (4th Cir. 1987) (reviewing district court's denial of appointment of counsel for abuse of discretion).  Accordingly, we affirm the district court's order.  *United States v. Gadson*, No. 5:01-cr-00084-CMC-1 (D.S.C. Jan. 9, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*